

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ANTONIO MORA-ROMAN | CASE NUMBER: 08CR2999-JLS |

I, <u>ANTONIO MORA-ROMAN</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _9-4-08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Antonio Mort_
Defendant

_Mary K. Franklin_
Counsel for Defendant

Before _[signature]_
Judicial Officer

**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY